UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 22, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAIRA LISET CHAVEZ<br><br>Defendant. | Case No.  1:25-cr-0099 JLT-SKO-5<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MAIRA LISET CHAVEZ Case No. 1:25-cr-0099 JLT-SKO-5 Charges 18 USC §1343 from custody for the following reasons:

    x     Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

          _____ Unsecured Appearance Bond $ _____

          _____ Appearance Bond with 10% Deposit

          _____ Appearance Bond with Surety

          _____ Corporate Surety Bail Bond

    x     (Other): Released FORTHWITH on conditions.

Issued at Sacramento, California on October 22, 2025 at 2:52 PM


By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney