COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
MAIRA LISET CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MAIRA LISET CHAVEZ,<br>Defendant. | 1:25-cr-00099-JLT-SKO<br>**AMENDED WAIVER OF DEFENDANT MAIRA LISET CHAVEZ'S APPEARANCE AND ORDER** |

Defendant MAIRA LISET CHAVEZ hereby waives her right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when so ordered.

Defendant MAIRA LISET CHAVEZ hereby requests the court to proceed in her absence. Defendant agrees that her interests will be deemed represented at all times by the presence of her undersigned attorney, the same as if she were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in her absence.

Defendant further acknowledges that she has been informed of her rights under the Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and she has authorized her undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without being personally present.

Dated: September 1, 2026

Respectfully submitted,

/s/ Maira Liset Chavez
MAIRA LISET CHAVEZ
Defendant

September 1, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant,
MAIRA LISET CHAVEZ

**O R D E R**

**IT IS SO ORDERED**. Defendant, MAIRA LISET CHAVEZ, is hereby excused from appearing at the hearing scheduled for Wednesday, September 2, 2026.

IT IS SO ORDERED.

Dated: **September 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge